IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Deborah

Printed: 9/3/08

Case Number: 05 B 61214
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,940.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 120.96 |
| Priority: |  | 775.03 |
| Administrative: |  | 2,603.00 |
| Trustee Fee: |  | 197.21 |
| Other Funds: |  | 243.80 |
| Totals: | 3,940.00 | 3,940.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,603.00 | 2,603.00 |
| 2. | Internal Revenue Service | Priority | 775.03 | 775.03 |
| 3. | Internal Revenue Service | Unsecured | 24.96 | 24.96 |
| 4. | Cash America | Unsecured | 96.00 | 96.00 |
| 5. | Hodges & Davis | Unsecured |  | No Claim Filed |
| 6. | Advance America | Unsecured |  | No Claim Filed |
| 7. | Certegy Payment Recovery Services Inc | Unsecured |  | No Claim Filed |
| 8. | Credit Collection | Unsecured |  | No Claim Filed |
| 9. | City Of Chicago | Unsecured |  | No Claim Filed |
| 10. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 11. | Credit Collection | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | A All Financial | Unsecured |  | No Claim Filed |
| 14. | Dalal | Unsecured |  | No Claim Filed |
| 15. | Pay Day Advance Cash To Go | Unsecured |  | No Claim Filed |
| 16. | NW Ind Radiology Services PC | Unsecured |  | No Claim Filed |
| 17. | A All Financial | Unsecured |  | No Claim Filed |
| 18. | US Cellular | Unsecured |  | No Claim Filed |
| 19. | PLS Financial | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,498.99 | $ 3,498.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 34.11 |
| 5% | 9.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Deborah

Printed: 9/3/08

Case Number: 05 B 61214
Judge: Goldgar, A. Benjamin
Filed: 10/16/05

| | |
|---|---:|
| 4.8% | 29.76 |
| 5.4% | 115.94 |
| 6.5% | 8.40 |
| | _____ |
| | $ 197.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

